UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK FARRO, JR.,

    Plaintiff,                                      Case No. 19-cv-13311
                                                    Hon. Matthew F. Leitman

v.

AMERAPLAN *et al.*,

    Defendants.
_____/

## **ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING**

On February 28, 2022, Plaintiff Frank Farro, Jr. filed a motion for an evidentiary hearing to enter a default judgment against Ameraplan. (*See* Mot., ECF No. 43.) The Court has now issued a Notice of Hearing setting Farro's motion for an in-person hearing on August 1, 2022, at 9:00 a.m. (*See* Notice of Hearing, ECF No. 44.)

By no later than **July 1 2022**, Farro shall serve Ameraplan with (1) the Notice of Hearing on his motion for an evidentiary hearing to enter a default judgment, (2) this order, and (3) a proposed default judgment.

In addition, by no later than **July 1, 2022**, Farro shall file a Certificate of Service on the docket confirming that he has served Ameraplan with these documents.

Finally, by no later than **July 1, 2022**, Farro shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: June 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126