UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK FARRO, JR.,

      Plaintiff,                                 Case No. 19-cv-13311

v.                                            Hon. Matthew F. Leitman

AMERAPLAN *et al.*,

      Defendants.

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH SECOND NOTICE OF HEARING

On February 28, 2022, Plaintiff Frank Farro, Jr. filed a motion for an evidentiary hearing to enter a default judgment against Ameraplan. (*See* Mot., ECF No. 43.) The Court initially planned to hold a hearing on the motion on August 1, 2022. (*See* Notice of Hearing, ECF No, 43.) Due to scheduling conflicts, the Court has rescheduled the hearing for **August 22, 2022, at 11:00 a.m.** (*See* Second Notice of Hearing, ECF No. 47.)

By no later than **August 1 2022**, Farro shall serve Ameraplan with (1) the Second Notice of Hearing on his motion for an evidentiary hearing to enter a default judgment, (2) this order, and (3) a proposed default judgment.

In addition, by no later than **August 1, 2022**, Farro shall file a Certificate of Service on the docket confirming that he has served Amerplan with these documents.

1

Finally, by no later than **August 1, 2022**, Farrro shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: July 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126