UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK FARRO, JR.,

    Plaintiff,

v.

Case No. 19-cv-13311
Hon. Matthew F. Leitman

AMERAPLAN *et al.*,

    Defendants.
_____/

## **DEFAULT JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that a Default Judgment is entered in favor of Plaintiff and against Defendant Ameraplan in the amount of $65,373.64.

                      KINIKIA ESSIX
                      CLERK OF COURT

                      By:   s/Holly A. Ryan
                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 23, 2022
Detroit, Michigan